UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:15-CV-00014-GNS-HBB

M.D., a minor, by and through her next
friends and parents, BRENT DEWEESE
and JANNA DEWEESE                                                                                    PLAINTIFF

v.

BOWLING GREEN INDEPENDENT
SCHOOL DISTRICT                                                                                        DEFENDANT

## JUDGMENT

This matter having come before the Court on Defendant's Motion for Summary Judgment (DN 26), and the Court on this dated having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant Bowling Green Independent School District consistent with the Court's Memorandum Opinion and Order.

**Greg N. Stivers, Judge**
**United States District Court**
January 27, 2017

cc:   counsel of record